IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARFUM.COM CORPORATION, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 1:14-cv-05919 |
| | : |
| v. | : |
| | : |
| REFLECTIONS BY RUTH | : JURY TRIAL DEMANDED |
| D/B/A BYTEPHOTO.COM, | : |
| Bidux LLC, | : |
| | : |
| Defendant. | : |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

It is hereby stipulated and agreed that the time within which defendant Reflections by Ruth d/b/a Bytephoto.com must respond or otherwise plead to the complaint in this matter is hereby extended to, and including, February 15, 2015.

Date: January 21, 2015

REFLECTIONS BY RUTH

By: s/Lawrence C. Hersh
Lawrence C. Hersh
Attorney at Law
17 Sylvan Street
Suite 102B
Rutherford, New Jersey 07070
201-507-6300 (t)
201-507-6311 (f)
lh@hershlegal.com
*Attorney for Garfum.com Corp.*

By: Ruth Taylor
Ruth Taylor
Reflections by Ruth d/b/a Bytephoto.com
4905 Davis Drive
Doylestown, PA 18902-1147
215-534-0534 (t)
ruth@reflectionsbyruth.com
*Pro se*

Approved and So Ordered this _____ day of _____, 2015

_____
_____, J.