IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARFUM.COM CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>REFLECTIONS BY RUTH D/B/A BYTEPHOTO.COM,<br><br>Defendant. | CIVIL ACTION NO. 1:14-cv-05919-JEI-KMW<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed that the time within which Counter Defendant Garfum.com Corporation may answer, move, or otherwise reply to the Counterclaims Complaint in this matter is hereby extended to, and including, April 5, 2015, and it is represented that (1) no previous extension has been obtained, (2) service of process was effected on February 13, 2015 (3) time to answer, move or otherwise reply expires on March 6, 2015 and with the requested extension will expire on April 5, 2015.

DATED:    March 15, 2015

By: /s/ Lawrence C. Hersh
Lawrence C. Hersh
Attorney at Law
17 Sylvan Street
Suite 102B
Rutherford, New Jersey 07070
201-507-6300 (t)
201-507-6311 (f)
lh@hershlegal.com
*Attorney for Garfum.com Corp.*

By: /s/ Frank L. Corrado
Frank L. Corrado
BARRY, CORRADO, GRASSI & GIBSON P.C.
2700 Pacific Avenue
Wildwood, NJ 08260
609-729-1333
fcorrado@capelegal.com
*Attorney for Reflections by Ruth*

Approved and So Ordered this 19th day of March, 2015

Karen M. Williams
UNITED STATES MAGISTRATE JUDGE