AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Garfum.com Corporation<br>*Plaintiff*<br>v.<br>Reflections By Ruth<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No.  14-cv-05919-JEI-KMW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Reflections By Ruth

Date: 03/25/2015

*Attorney's signature*

Daniel K. Nazer (admitted pro hac vice)
*Printed name and bar number*

Electronic Frontier Foundation
815 Eddy Street
San Francisco, California 94109
*Address*

daniel@eff.org
*E-mail address*

(415) 436-9333
*Telephone number*

(415) 436-9993
*FAX number*