**LAWRENCE C. HERSH**
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL                                                                                  Tel:  (201) 507-6300
*REGISTERED U.S. PATENT AND TRADEMARK OFFICE                                       Fax: (201) 507-6311
                                                                                                                           email:  lh@hershlegal.com

May 20, 2015

**VIA ECF**
Honorable Joseph E. Irenas, U.S.D.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

      RE:    *Garfum.com Corporation v. Reflections By Ruth*, Cause No. 1:14-cv-05919-JEI-KMW in the United States District Court for the District of New Jersey

Dear Judge Irenas,

     Plaintiff respectfully requests adjournment of the hearing on Defendant's pending motion set for **May 27, 2015** at 11:00 a.m.

     Plaintiff has recently executed a covenant not to sue Defendant regarding the patent-at-issue in this case.  Plaintiff has also filed today a related motion to dismiss the claims and counterclaims in this case for lack of a requisite case or controversy in light of the execution of the covenant not to sue.  (Doc. No. 43).  The relief requested in the Motion set for hearing on the 27th is now moot.  Thus, adjourning the May 27 hearing is appropriate and makes sense pending the court's determination of today' filed motion to dismiss.

                                              Very truly yours,

                                              /s/ Lawrence Hersh
                                              Lawrence Hersh